# UNITED STATES DISTRICT COURT

for the

_Western_ District of _N. C_

_4th_ Division

| | | |
|---|---|---|
| Eric W Moss | ) | Case No. 1:26-cv-183-MR |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) | |
| -v- | ) | |
| Buddy Harwood, Frances Denton, Sgt, Tom Bank, | ) ) ) | FILED ASHEVILLE, NC **JUN 25 2026** U.S. DISTRICT COURT W. DISTRICT OF N.C. |
| _Defendant(s)_ | ) ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 1:26-cv-00183-MR    Document 1    Filed 06/25/26    Page 1 of 11

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — *Eric Wayne Moss*

All other names by which you have been known:

ID Number — *#0601108*

Current Institution — *Mountian Veiw C I*

Address — *545 Amity park dr*

*Spruce pine     N.C     28777*

City     State     Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — *Buddy. Harwood*

Job or Title *(if known)* — *sheriFF madison county*

Shield Number

Employer — *madison county sheriFF oFFice*

Address — *Marshall     N.C     28753*

City     State     Zip Code

[X] Individual capacity     [X] Official capacity

Defendant No. 2

Name — *Frances Denton*

Job or Title *(if known)* — *Sgt madison county sheriFF*

Shield Number

Employer — *madison county sheriFF oFFice*

Address — *marshall     N.C     28753*

City     State     Zip Code

[X] Individual capacity     [X] Official capacity

Defendant No. 3

Name _Tom Banks_

Job or Title *(if known)* _capt_

Shield Number

Employer _madison county sheriff office_

Address

_marshall_    _N.C_    _28753_
City          State    Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City          State          Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th Amendment procedural due process rights_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

*placing me in displanary confinement with out Hearing*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* *At time of violation pretrial detainee*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Madison county sheriff Detention April 1 2018*

Case 1:26-cv-00183-MR    Document 1    Filed 06/25/26    Page 4 of 11

    C.       What date and approximate time did the events giving rise to your claim(s) occur?

April, 1, 2018    3-30 pm

    D.       What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

This is a claim for gawrds alegduly Finding a weegen in my cell and locking me Down from April 1, 2018 until June, 7, 2018 with out Following due process of Displanary Henring The case has already been thru the 4th District court of appeals and Dismist without prejudice until I could Fill greivance and I have now comply

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental angwish, severe stress

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

thirty Thousand Dollars For every day I was locked Down

Case 1:26-cv-00183-MR     Document 1     Filed 06/25/26     Page 5 of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Madison county Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

     ☐ Yes

     ☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

     ☑ Yes

     ☐ No

E.     If you did file a grievance:

1. Where did you file the grievance?

From Mountian Veiw prison

2. What did you claim in your grievance?

That I was reFiling a the pre law suit For locking me Down, Due process, and listed File #

3. What was the result, if any?




4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I mailed them The grievance made out To sheriff Buddy Harwood certiFied mail, return reciept requsted with tracking Number 9589-0710-5270-0452-7081-00. it was recieved on Dec 4, 2025 I have not recieved anything Back From them

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I have a noterized AFFadavit (sworn statment That shows traching number and Dates they recieved grievance*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 ☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Case 1:26-cv-00183-MR    Document 1    Filed 06/25/26    Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit (EWM)

   Plaintiff(s) ~~Buddy Harwood, Fran~~ Eric wayne moss

   Defendant(s) Buddy Harwood, Frances Denton, Tom Banks

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Western 4th District Asheville N.C

3. Docket or index number

   1:18-CV-122-FDW

4. Name of Judge assigned to your case

   Frank D. Whitney

5. Approximate date of filing lawsuit

   April 25, 2018

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.  Dec 02, 2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was appealed and dismissed without preJudice That I could refile After exhausting administrative Remedies, Im no lawyer and did not know this until Dec, 2025

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-16-2026

Signature of Plaintiff: *Eric Wayne Moss*

Printed Name of Plaintiff: Eric Wayne Moss

Prison Identification #: 0601108

Prison Address: Mountian Veiw CI 545 Amity Park dr
Spruce pine N.C 28777
City     State     Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City     State     Zip Code

Telephone Number

E-mail Address

Case 1:26-cv-00183-MR    Document 1    Filed 06/25/26    Page 11 of 11